# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of D.M., a child.

R.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-1904
_____

February 16, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Jonathan E. Hackworth of Hackworth Law, P.A., Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Laura A. Roe of St. Petersburg Police Department, Defending Best Interests Project, St. Petersburg; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.


PER CURIAM.

      Affirmed.

SILBERMAN, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.